UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ARNOLD BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CV-463 TLS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

On February 2, 2010, Plaintiff, Arnold Bolden ("Bolden"), filed a motion to extend the time for filing his Opening Brief. However, Bolden's motion was unaccompanied by a form of order, pursuant to Local Rule 5.1. See N.D. L.R. 5.1(e) ("The filing of a motion or petition requiring the entry of a routine or uncontested order by the judge or the clerk shall be accompanied by a suitable form of order together with sufficient copies thereof for service upon all parties or their counsel.").

Because Bolden has failed to comply with the local rules, its motion is **DENIED WITHOUT PREJUDICE**. [Doc. No. 14]. Bolden may refile his motion along with the appropriate form of order.

**SO ORDERED.**

**Dated this 3rd Day of February, 2010**.

.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge